## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAN CONTANT, | : | |
|     Petitioner | : | No. 1:10-cr-00355 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| UNITED STATES OF AMERICA | : | |
|     Respondent | : | |

## **ORDER**

**AND NOW**, this 12th day of September 2014, **IT IS HEREBY ORDERED THAT** Petitioner's petition for a writ of error coram nobis (Doc. No. 60) is **DENIED**.

                                                                                       S/ Yvette Kane  
                                                                                       Yvette Kane, District Judge  
                                                                                        United States District Court  
                                                                                        Middle District of Pennsylvania